KOPPLIN, Appellant, vs. KOPPLIN, Respondent.

*January 12—February 9, 1915.*

*Divorce: Cruel and inhuman treatment.*

In an action for divorce on the ground of cruel and inhuman treatment, wherein defendant counterclaimed on the same ground, a finding by the trial court that neither party was entitled to a divorce on that ground is sustained.

APPEAL from a judgment of the county court of Dodge county: C. W. LAMOREUX, Judge. *Affirmed.*

This is an action for a divorce from the bonds of matrimony based upon the ground of cruel and inhuman treatment of the plaintiff husband by the defendant wife. The defendant counterclaims and alleges cruel and inhuman treatment of her by the husband and prays for a judgment of divorce.

The plaintiff was fifty-seven years of age and the defendant forty-one years of age. Both parties had been married before. It appears that the plaintiff is a German and the defendant a Hungarian; that they had been unacquainted up to a short time before their marriage, and at their third or

fourth meeting they became engaged to marry and were married on November 14, 1912. They resided in Beaver Dam, Wisconsin. The testimony showed that the defendant had endangered her life by eating sulphur and that it was necessary to have physicians attend her at that time. The plaintiff testified that the defendant's conduct worried him and made him nervous, so that he could not sleep; that she would not cook for him and treated him with contempt, and so harassed him by ill treatment that he was afraid of his life. The defendant put in a counterclaim for a divorce on the ground of cruel and inhuman treatment. She testified that the plaintiff was the aggressor in their family troubles; that he called her abusive names in his fits of anger; that he refused to provide the necessaries of life; that when he learned she was with child he became angry, mistreated her, and wanted her to see a doctor for the purpose of producing a miscarriage; that his conduct was disrespectful, abusive, and calculated to deprive her of his support and to drive her from his home.

The county court held that neither party was entitled to a divorce from the bonds of matrimony. The court found that neither party was guilty of cruel and inhuman treatment towards the other. The plaintiff was adjudged to pay the clerk's fees and no costs were allowed. From such judgment the plaintiff appeals. The defendant has filed no brief in the case in this court nor have her counsel appeared before this court in defense of the judgment.

For the appellant there was a brief by *Geo. B. Swan* and *C. E. Hooker,* and oral argument by *Mr. Swan.*

SIEBECKER, J. An examination of the record has led us to the conclusion that the trial court was justified in finding that the evidence in the case does not establish that either party was guilty of cruel or inhuman treatment toward the other. The evidence was unsatisfactory and lacks convincing

force to show that either party was guilty of conduct consti-
tuting cruel or inhuman treatment.   The conduct of both par-
ties evinces a lack of respect toward each other and that lack
of friendly relationship necessary to maintain a harmonious
and agreeable state of family life, but is wanting in the ele-
ments constituting cruel and inhuman treatment.   It seems
that they have been equally at fault in failing to perform
their full marital duties.   The trial court, who saw the par-
ties while testifying to their tale of woe, believed that neither
had been guilty of acts amounting to cruel treatment.   Giv-
ing due weight to this conclusion of the trial court, we cannot
say that the judgment is not fully supported by the record.

*By the Court.*—Judgment affirmed.